| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 221128<br>Attorneys for Secured Creditor: Wells Fargo Bank, N.A. | Order Filed on July 11, 2017 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Regina M. Carter dba Envy the Closet<br>fka Regina Woodard | Case No.: 17-11541-JKS<br>Chapter 13<br><br>Hearing Date: June 22, 2017<br>Time: 9:00 a.m.<br><br>Judge: John K. Sherwood |

**ORDER RESOLVING THE OBJECTION OF WELLS FARGO BANK, N.A.
TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through four (4) is hereby

**ORDERED**.

**DATED: July 11, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Page (2)**
Debtor: Regina M. Carter dba Envy the Closet fka Regina Woodard
Case No: 17-11541-JKS
Caption of Order:   ORDER RESOLVING THE OBJECTION OF WELLS FARGO BANK, N.A. TO CONFIRMATION OF CHAPTER 13 PLAN
_____

THIS MATTER having been brought before the Court by the Debtor, Regina Carter, by and through her attorney, Dionne L. Wade, Esquire, upon the filing of her proposed Chapter 13 Plan, and Wells Fargo Bank, N.A. ("Secured Creditor") having filed an objection to the confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differenced; and with the entry of this Order the Secured Creditor withdraws its objection to Confirmation of the proposed plan; and for good cause shown;

IT IS HEREBY ORDERED as follows:

1.   Secured Creditor's objection to Confirmation of the proposed Plan, filed on March 13, 2017 at docket entry 17, is hereby withdrawn.

2.   The portion of the Chapter 13 Plan filed by the Debtor on February 2, 2017 (docket entry 12) describing the treatment of the Secured Creditor's claim in section 4(b) and 7(c) is hereby stricken and the treatment of its claim will instead be as provided in this Order.

3.   Secured Creditor's claim will be bifurcated into a secured claim and an unsecured claim. The secured claim will be equal to the sum of the following, calculated as of the date of the filing of the petition. a)  The total collateral value and the value of the secured creditor's interest in the collateral is stipulated by the parties to be in the amount of $120,000.00, on which the debtor will pay an annual interest rate of 6.00% over sixty months, which calculates to an interest amount of $19,196.17. Additionally, Debtor will pay to Secured Creditor that amount of $1,729.45, representing a city tax disbursement for April, 2017. The total amount of the Allowed Secured Claim to be paid by the Debtor to the Secured Creditor through the plan is $140,925.62. The unsecured claim will be the equal to the Secured Creditor's proof of claim less the Allowed Secured Claim. The Allowed Secured Claim shall be paid according to the following terms:

Page (3)
Debtor: Regina M. Carter dba Envy the Closet fka Regina Woodard
Case No: 17-11541-JKS
Caption of Order:   ORDER RESOLVING THE OBJECTION OF WELLS FARGO BANK, N.A. TO CONFIRMATION OF CHAPTER 13 PLAN

_____

    a. Secured Creditor shall retain its lien to secure payment of its Allowed Secured Claim. The unsecured portion of its claim shall be paid together and in accordance with General Unsecured Creditors.

    b. The Allowed Secured Claim will be paid in sixty equal installments.

    c. Debtor shall timely pay and it shall be the obligation of the Debtor to remit quarterly real estate tax payments and annual insurance premiums in the ordinary course and shall provide proof of payments and of insurance coverage upon request.

    d. The parties agree that the failure of the Debtor to pay real estate taxes and or insurance premiums shall constitute an act of default entitling secured creditor to seek stay relief.

4. Any dismissal of this case or conversion to a Chapter 7 will result in a full reinstatement of the Secured Creditor's lien and amount claimed.

5. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.